## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Barker, Sandra R | Case Number:  06 B 16699 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/16/08 | Filed:  12/18/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  July 31, 2008

Confirmed:  June 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 875.00 | |
| Secured: | | 627.04 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 200.71 |
| Trustee Fee: | | 47.25 |
| Other Funds: | | 0.00 |
| Totals: | 875.00 | 875.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 200.71 |
| 2. | Lighthouse Financial Group | Secured | 1,380.74 | 627.04 |
| 3. | Peoples Energy Corp | Unsecured | 670.77 | 0.00 |
| 4. | Lighthouse Financial Group | Unsecured | 65.00 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 614.68 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 473.32 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 3,170.00 | 0.00 |
| 8. | Mid America Bank | Unsecured | | No Claim Filed |
| 9. | TCF Bank | Unsecured | | No Claim Filed |
| 10. | Comcast | Unsecured | | No Claim Filed |
| 11. | AT&T | Unsecured | | No Claim Filed |
| | | | $ 9,374.51 | $ 827.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 47.25 |
| | $ 47.25 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Barker, Sandra R

          Printed:  9/16/08

Case Number:  06 B 16699

Judge:  Wedoff, Eugene R

Filed:  12/18/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

